# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -v- <br><br> CHRISTINE M. DUMAS AND LYNDA M. HARVEY, <br><br> Defendants. | Civil Action No.: 1:24-cv-00097-JJM-LDA |

## JUDGMENT

On March 11, 2024, Plaintiff Midland National Life Insurance Company ("Midland") initiated this interpleader action due to the competing demands of Defendant Lynda M. Harvey ("Ms. Harvey") and Defendant Christine M. Dumas ("Ms. Dumas") for the death benefit proceeds under Midland Policy No. 1501665518 (the "Policy") insuring Stephen R. Harvey (the "Insured"). The death benefit proceeds of the Policy are in the amount of $107,000.00, plus applicable interest. On November 12, 2024, this Court granted Midland's Motion for Entry of Default Judgment (ECF No. 17) against Ms. Harvey via text order. The Court now enters Judgment in favor of Midland and against Ms. Harvey, and ORDERS, ADJUDGES, and DECLARES:

   1.  Ms. Harvey is restrained and enjoined from instituting or prosecuting any action or proceeding in any State or United States Court affecting Midland National Life Insurance Company's Policy No. 1501665518.

2. Midland is released and discharged from all liability to any claim or right Ms. Harvey has arising from or relating to this action on account of the matters relating to the beneficiary(ies) of Midland National Life Insurance Company's Policy No. 1501665518.

SO ORDERED:

_____
CHIEF JUDGE JOHN J. MCCONNELL, JR.

Dated: November 14, 2024

4892-9780-9914.1/032452-0002